PUBLIC SERVICE CO-ORDINATED TRANSPORT, RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY, APPELLANT.

Submitted October 29, 1943—Decided January 27, 1944.

For the respondent, *William H. Speer* and *Harold H. Fisher.*

For the appellant, *Hobart, Minard & Cooper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.